### DEPT. OF RHODE ISLAND DEPT. OF CORRECTIONS

v.

### William J. MORRO et al.

### No. 83–488–M.P.

Supreme Court of Rhode Island.

Oct. 20, 1983.

Lynette J. Labinger, Roney & Labinger, Providence, Cynthia M. Hiatt, Providence, (RI Commission for Human Rights), for petitioner.

George M. Cappello, Cranston, Legal Counsel for Dept. of Corrections, for respondent.

### ORDER

The petition for writ of certiorari is granted. The petitioners' motion for stay of the Superior Court order, as prayed, is denied.

MURRAY, J., did not participate.

### Carolyn J. LAVARINI

v.

### Gino G. LAVARINI, Jr.

### No. 83–385–M.P.

Supreme Court of Rhode Island.

Oct. 20, 1983.

James J. Longolucco, Longolucco & Associates, Westerly, for petitioner.

Gary Yesser, Yesser, Jessup & Green, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.